## E. M. BUTLER v. STATE.

No. A-8695.   May 31, 1935.
(43 Pac. [2d] 106.)

David Tant, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.   The plaintiff in error was convicted of selling securities without a permit, and was sentenced to pay a fine of $2,500 and costs.

Transcript of the record in this case was filed in this court on the 9th day of March, 1934, and a supplemental transcript was filed on January 30th, 1935. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial error. The evidence is sufficient to support the verdict of the jury. The case is therefore affirmed.